D & F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
United States of America

- against -   06 - CR - 486 (FB)

Cheryl Brenton

------------------------------------------------x
GOLD, S., U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE STEVEN M. GOLD

United States Magistrate Judge Steven M. Gold has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Steven M. Gold. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Steven M. Gold.

_____  
United States Attorney, E.D.N.Y.

By: _____  
Assistant United States Attorney

Dated: _____  
Brooklyn, New York

_Cheryl Brenton_  
Defendant

_____  
Attorney for the Defendant

USMJ
6/9/06